ERNESTO G. FABBRI, *Trustee, etc., Respondent, v.* WILLETT C. WARD, *Appellant, Impleaded, etc.* — Judgment modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by DAVIS, P. J.

RALPH H. WHITE and others, *Appellants, v* JOHN J. FAGAN and others, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

AMBROSE J. AGATE, *Appellant, v.* ANN ELIZA AGATE, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event; issues ordered to be framed and submitted to a jury. Opinion by BRADY, J.

GEORGE J. DESH, *Appellant, v.* OLIVER W. BARNES, *Respondent.* — Judgment affirmed; order denying motion for new trial reversed and the motion granted on payment of the costs of the trial to be adjusted, and ten dollars costs of opposing motion and the costs of the appeal. Opinion by DAVIS, P. J.

DANIEL CARROLL, JR., *Respondent, v.* JAMES LEE, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

STEPHEN TUNSTALL, *Respondent, v.* WALTER H. WINTON, *Appellant.* — Order affirmed, without costs. Opinions by BRADY and DANIELS, JJ., and by DAVIS, P. J., dissenting.

ERNEST LUDWIG, *Respondent, v.* ROSE FOX and DAVID FOX, *Appellants.* — Judgment affirmed. Opinion by BRADY, J.

THOMAS BROWN, *Respondent. v.* THE FIRST METHODIST PROTESTANT CHURCH OF THE CITY OF NEW YORK, *Appellant.* — Judgment reversed, new trial ordered before another referee, with costs to abide event. Opinion by DANIELS, J.

ALFRED L. SIMONSON *v.* SAMUEL A. WOOD. — Motion for reargument denied, without costs; order to be entered as directed in opinion. Opinion by DAVIS, P. J.

EBENEZER GORDON, *Respondent, v.* THE SCOVILLE MANUFACTURING COMPANY, *Appellant.* — Judgment affirmed. Opinion by BRADY, J.

JESSE SELIGMAN, *Respondent, v.* GEORGE E. FISHER, *Appellant.* — Order modified as directed in opinion, without costs to either party. Opinion by DANIELS, J.

HOWARD IVES, *Respondent, v.* HENRY B. LOCKWOOD, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

J. B. BREWSTER & COMPANY, *Respondent, v.* JOHN B. TERRY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

ALFRED H. SMITH and another, *Respondents, v.* HENRY CLEWS, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.